L. W. DOE v. CHARLES W. CALLOW *et al.* No. 12,095. (67 Pac. 824.) Error from court of appeals, southern department. Opinion filed February 8, 1902. Division one. *Affirmed.* Nelson Case, for plaintiff in error. Cory & Burke, and John H. Crider, for defendants in error.

O. W. SNYDER *et al.* v. EMILY M. NICHOLS *et al.* No. 12,233. (67 Pac. 886.) Error from Sedgwick district court. Opinion filed February 8, 1902. Division one. *Affirmed.* Ray & Keith, for plaintiffs in error. Kos Harris, and J. H. Stewart, for defendants in error.

H. M. BURTISS v. C. H. PRATT. No. 12,467. (67 Pac. 1129.) Error from Allen district court. Opinion filed February 8, 1902. Division two. *Affirmed.* W. A. Choguill, and Chris Ritter, for plaintiff in error. J. B. F. Cates, for defendant in error.

W. A. GRANT *et al.* v. JOHN W. ROBB *et al.* No. 12,566. (67 Pac. 852.) Error from Wallace district court. Opinion filed February 8, 1902. Division two. *Dismissed.* Milton Brown, for plaintiffs in error. J. B. Gamble, for defendants in error.

NEBRASKA LOAN AND TRUST COMPANY v. JAMES F. HAUGER *et al.* No. 12,568. (67 Pac. 1132.) Error from Decatur district court. Opinion filed February 8, 1902. Division two. *Reversed.* Tully Scott, for plaintiff in error. Bertram & Wilson, for defendants in error.

J. O. BURNETT v. W. H. HINSHAW. No. 12,001. (67 Pac. 1101.) Error from Reno district court. Opinion filed March 8, 1902. Division one. *Reversed.* James McKinstry, and W. G. Fairchild, for plaintiff in error. W. M. Whitelaw, and Joseph Taggart, for defendant in error.

HORACE M. JACKSON v. CHARLES R. KING *et al.* No. 12,009. (67 Pac. 1112.) Error from court of appeals, northern department. Opinion filed March 8, 1902. Division one. *Affirmed.* Jackson & Jackson, for plaintiff in error. B. F. Hudson, for defendants in error.

THE STATE OF KANSAS v. JOHN SUNNAFRANK. No. 12,013. (67 Pac. 1103.) Appeal from Pratt district court. Opinion filed March 8, 1902. Division one. *Reversed.* Wm. Barrett, county attorney, for The State. Chas. H. Apt, for appellant.

JOHN SUNNAFRANK v. THE STATE OF KANSAS. No. 12,938. (67 Pac. 1103.) Error from Pratt district court. Opinion filed March 8, 1902. Division one. *Affirmed.* Chas. H. Apt, for plaintiff in error. Wm. Barrett, county attorney, for The State.

JOHN C. DOUGLASS *et al.* v. S. A. FRAZIER. No. 12,019. (67 Pac. 1102 ) Error from court of appeals, northern department. Opinion filed March 8, 1902. Division one. *Dismissed.* John C. Douglass, for plaintiffs in error. C. D. Walker, for defendant in error.

MONROE DUSTON v. R. L. FOSTER. No. 12,033. (67 Pac. 1102.) Error from Washington district court. Opinion filed March 8, 1902. Division one. *Reversed.* Charles Smith, Fred Powell, T. P. Roney, and Edgar Bennett, for plaintiff in error. Joseph G. Lowe, J. W. Rector, and Neil F. Graham, for defendant in error.